```
              IN THE UNITED STATES DISTRICT COURT
             FOR THE WESTERN DISTRICT OF TENNESSEE
                         WESTERN DIVISION
```

| | |
|---|---|
| OTIS JACKSON JR., )<br>   Plaintiff, )<br>              )<br>v.            )<br>              )    No. 2:12-cv-02914-JPM-cgc<br>              )<br>WCM MORTGAGE CORPORATION, et )<br>al.,          )<br>              )<br>   Defendants. ) | |

**ORDER ADOPTING THE REPORT AND RECOMMENDATION; ORDER GRANTING
DEFENDANT'S MOTION TO DISMISS**

Before the Court is the Magistrate Judge's "Report and Recommendation on Wilson & Associates, PLLC's Motion to Dismiss" (the "Report and Recommendation"), which was filed on August 12, 2013. (See ECF No. 33.)  In the Report and Recommendation, the Magistrate Judge recommends that Defendant Wilson & Associates, PLLC's ("Defendant") Motion to Dismiss (ECF No. 11) be granted and that Plaintiff's Complaint (ECF No. 1) be dismissed with prejudice as to Defendant.  (See ECF No. 33 at 6.)

Pursuant to Federal Rule of Civil Procedure 72(b)(2), "[w]ithin 14 days after being served with a copy of the recommended disposition, a party may serve and file specific written objections to the proposed findings and recommendations."  Fed. R. Civ. P. 72(b)(2).  No objections to the Report and Recommendation have been filed, and the time for

filing objections has expired.  See Fed. R. Civ. P. 5(b)(2), 6(d), 72(b)(2).

"When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation."  Fed. R. Civ. P. 72(b) advisory committee notes.  On clear-error review of the Magistrate Judge's Report and Recommendation, the Court hereby ADOPTS the Report and Recommendation (ECF No. 33) in its entirety.

Accordingly, Defendant's Motion to Dismiss (ECF No. 11) is GRANTED and Plaintiff's Complaint (ECF No. 1) as to Defendant is DISMISSED WITH PREJUDICE.

**IT IS SO ORDERED,** this 30th day of August, 2013.

/s/ Jon P. McCalla
JON P. McCALLA
U.S. DISTRICT COURT JUDGE