```
          IN THE UNITED STATES DISTRICT COURT
         FOR THE WESTERN DISTRICT OF TENNESSEE
                    WESTERN DIVISION
```

| | |
|---|---|
| OTIS JACKSON, JR., <br><br>     Plaintiff, <br><br> v. <br><br> WMC MORTGAGE CORPORATION, et al., <br><br>     Defendants. | <br><br><br><br><br><br> No. 2:12-cv-02914-JPM-cgc <br><br><br><br> |

**ORDER ADOPTING THE REPORT AND RECOMMENDATION ON DEFENDANT ARNOLD M. WEISS'S MOTION TO DISMISS**
**AND**
**ORDER GRANTING WEISS'S MOTION TO DISMISS**

Before the Court is the Magistrate Judge's Report and Recommendation on Defendant Arnold M. Weiss's ("Weiss") Motion to Dismiss (the "Report and Recommendation"), filed January 29, 2014.  (ECF No. 51.)  In the Report and Recommendation, the Magistrate Judge recommends "that Weiss's Motion to Dismiss Plaintiff's Complaint pursuant to [Federal] Rule [of Civil Procedure] 12(b)(6) be GRANTED."  (<u>Id.</u> at 8.)

Pursuant to Federal Rule of Civil Procedure 72(b)(2), "[w]ithin 14 days after being served with a copy of the recommended disposition, a party may serve and file specific written objections to the proposed findings and recommendations."  Fed. R. Civ. P. 72(b)(2).  No objections to the Report and Recommendation have been filed, and the time for

filing objections has expired.  See Fed. R. Civ. P. 5(b)(2), 6(d), 72(b)(2).

"When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation."  Fed. R. Civ. P. 72(b) advisory committee notes.  On clear-error review of the Magistrate Judge's Report and Recommendation, the Court hereby ADOPTS the Report and Recommendation (ECF No. 51) in its entirety.

Accordingly, Weiss's Motion to Dismiss (ECF No. 40) is GRANTED and Plaintiff's Complaint (ECF No. 1) as to Weiss is DISMISSED WITH PREJUDICE.

**IT IS SO ORDERED,** this 20th day of February, 2014.

/s/ Jon P. McCalla
JON P. McCALLA
U.S. DISTRICT COURT JUDGE